AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION  ___ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Building**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|
| DOCKET NO.<br>08 cv 4276 | DATE FILED<br>July 29, 2008 |

| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and INTERSCOPE RECORDS | DEFENDANT<br>MICHAEL MASTRIANNO |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>___ Order   ___ Judgment | WRITTEN OPINION ATTACHED<br>___ Yes   ___ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

# EXHIBIT A

## MICHAEL MASTRIANNO

| | |
|---|---|
| **IP Address:** 70.131.45.38 2007-07-15 23:57:17 EDT | **CASE ID#** 136284389 |
| **P2P Network:** Gnutella | **Total Audio Files:** 406 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Get At Me Dog | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| UMG Recordings, Inc. | Common | Be | Be | 377-106 |
| BMG Music | Kelly Clarkson | Behind These Hazel Eyes | Breakaway | 352-147 |
| BMG Music | Jamie Foxx | Unpredictable | Unpredictable | 374-820 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Rihanna | Pon De Replay | Music Of The Sun | 372-611 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | The Sound of Revenge | 381-901 |