IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UMG Recordings, Inc., et al.<br><br>Plaintiff/Petitioner<br><br>vs.<br>Michael Mastrianno<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: 08CV4276<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of August, 2008, at 6:32 PM**, at the address of **4 W CANTERBURY Drive, ARLINGTON HEIGHTS**, Cook County, IL 60004; this declarant served the above described documents upon **MICHAEL MASTRIANNO**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MICHAEL MASTRIANNO, NAMED DEFENDANT, A white male approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **19th day of August, 2008**.

_____
Ryan Plaska, Reg. # 117-001119, IL

FOR: **Holme, Roberts & Owen RIAA (PFI)**   ORIGINAL PROOF OF
REF: **MASTRIANNOMICHA|136284389**       SERVICE

Tracking #: **5356018 SEA**